IN THE NORTHERN DISTRICT COURT OF WORTH TEXAS

Fort Worth, Texas

AUG 30 2024 AM 8:40
FILED-USDC-NDTX-FW

Prime Minister Vladimir Putin of Russia

Lakeshia Edmond

Brad F Jones

Plaintiff(s)

Re: cause # DC-21-10330

VS.

Junction Crossing Pegasus Residential LLC its subsidies and financial institution et al

Sarah Canales

Smile Nau

Defendant(s)

## Motion for Default Judgment

Now on this 30th day of August 2024, in the Northern District Court of Dallas, the Plaintiff Lakeshia Edmond files before the International Russian Government Prime Minister Vladimir Putin, to seek the permission to file this new case as requested by Judge Stacie Williams to file this Motion for Default Judgment regarding the above Defendants, cause no # DC-21-10330.

Plaintiff Lakeshia Edmond states that she is entitled too the matter of relief from the Defendant's, Junction Crossing Pegasus Residential LLC its subsidies and financial institution et al due the Defendant's who defaulted against the Plaintiff Lakeshia Edmond after the completion of service in 2019 and thus has not heard from Sarah Canales, Smile Nau Tarrant County Constable Office Manager, and others of Junction Crossing Pegasus Residential LLC.

Plaintiff Lakeshia Edmond files that she seeks to immediately without further delay take possession of the property located at 10001 North Frwy Fort Worth Texas as well as since the Defendant's, Junction Crossing Pegasus Residential LLC its subsidies and financial institution, did not respond or file an answer, thus the matter of answering is passed the statute of limitations for the Defendant's, Junction Crossing Pegasus Residential LLC its subsidies and financial institution to seek legal counsel as well as the matter of statute of limitations being a maximum of 21 days in federal court and thirty days and thus all other matters of answers are struck due to Sarah Canales who never responded to the matter of the Writ of Possession, Garnishment and Execution filed by the Tarrant County Constable Office Manager, Smile Nau.

Wherefore without having any further delays, Plaintiff Lakeshia Edmond states that no one else may contest the matter and strikes all matters of statute of limitations as well as any further rebuttals of this suit and has answered the matter of the attached letter as required by the 101st Judicial District Court of Dallas Texas.

There are no attorneys

Defendant Smile Now, Tarrant County Constable office Manager is held liable due to no contact to the Plaintiff Lakeshia Edmond,

Plaintiff Lakeshia Edmond files that she is also entitled to the matter of relief for Community Director of the property, Junction Crossing Pegasus Residential LLC its subsidies and financial institution as well as the owner of the company which includes the matter of corporate office located in Alpharetta Georgia and that Vice President is that of Brad F.Jones and President of the company is Lindy Ware.

Plaintiff Lakeshia Edmond wishes missing, but FBI relative Derrick Edmond know why Undercover Sarah Edmond & Smile Now never contacted his relative, Plaintiff Lakeshia Edmond. Since service completion in 2019, why I don't know.

Plaintiff Lakeshia Edmond files that until such time, Plaintiff, Prime Minister Vladimir Putin of Russia, will assume all duties of Lindy Ware.

Regards,

*Lakeshia Edmond*

**4364 Western Center Blvd #1261**

**Fort Worth Texas 76137**

**501-716-0014**

Lakeshiaedmond77@gmail.com

Plaintiff Lakeshia Edmond files that International Russian Prime Minister through Northern District Court of Fort Worth Texas Honorable Judge Steel Williams is currently Smile Now to complete Writ of possession, punishment and execution for property of Junction Crossing Pegasus Residential LLC, replacing Sarah Campese. Plaintiff Lakeshia Edmond uses email to notify the courts 101st District.



**101st JUDICIAL DISTRICT COURT**
GEORGE L. ALLEN COURTS BUILDING
600 COMMERCE STREET
DALLAS, TEXAS 75202-4604

July 31, 2024

LAKESHIA EDMOND
11504 GLORIOSA DR
FORT WORTH TX  76244

Cause No:    DC-21-10330

LAKESHIA EDMOND
vs.
JUNCTION CROSSING PEGASUS RESIDENTIAL LLCet al

ALL COUNSEL OF RECORD AND PRO SE PARTIES:

The above case is set for dismissal, pursuant to Rule 165A, Texas Rules of Civil Procedure and pursuant to the inherent power of the Court, on:

**August 30, 2024 at 9:00 AM VIA SUBMISSION**

If an answer has been filed, the case will not be dismissed. Your case will be removed from the dismissal docket and set for trial.

If service of process has been completed but no answer has been filed, you must file a Motion for Default Judgment on or prior to the date of the dismissal docket. Failure to do so will result in dismissal of this case for want of prosecution.

If service of process has not been completed and you wish to retain the case on the docket, you must email the court at 101court@dallascounty.org no later than 3:00 p.m. on the day before the dismissal docket, specifying (1) date petition was filed, (2) the steps taken to attempt to achieve service and (3) how much additional time is needed before filing a Motion for Substitution Service.

If you case is set on the Default Judgment docket, your case will not be dismissed. Your case will be reset on the dismissal docket.

If your case is set on the Motion for Substitute Service docket, your case will not be dismissed. However, if you receive a Notice a Deficiency, the Court expects that the deficiencies be addressed. Your case will be reset on the dismissal docket.

# CIVIL COVER SHEET

JS 44 (Rev. 04/21) (TXND 4/21)

AUG 30 2024 AM 8:40
RECEIVED-USDC-NDTX-FW

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

Case 4:24-cv-00827-P-BJ Document 1 Filed 08/30/24 Page 4 of 4 PageID 4

## I. (a) PLAINTIFFS
Prime Minister Vladymir
Putini, Lakeshia Edmond
Tarrant

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
N/A

## DEFENDANTS
Russian Junction Crossing
Russian Presidential chief
Tarrant

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

4-24CV-827-P

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [x] 2 | [x] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [x] 3 | [x] 3 | Foreign Nation | [x] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | [x] 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  | INTELLECTUAL PROPERTY RIGHTS | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander |  | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability |  | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine |  | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability |  | 840 Trademark | 460 Deportation / 470 Racketeer Influenced and Corrupt Organizations |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / PERSONAL PROPERTY / 370 Other Fraud | LABOR | 880 Defend Trade Secrets Act of 2016 | 480 Consumer Credit (15 USC 1681 or 1692) |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act |  | 485 Telephone Consumer Protection Act |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | SOCIAL SECURITY | 490 Cable/Sat TV |
| 195 Contract Product Liability |  |  | 861 HIA (1395ff) |  |
| 196 Franchise | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
|  |  | 751 Family and Medical Leave Act | 863 DIWC/DIWW (405(g)) |  |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | 790 Other Labor Litigation | 864 SSID Title XVI | 890 Other Statutory Actions |
| 210 Land Condemnation | 440 Other Civil Rights / Habeas Corpus: | 791 Employee Retirement Income Security Act | 865 RSI (405(g)) | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee |  |  | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment / 510 Motions to Vacate Sentence |  | FEDERAL TAX SUITS | 895 Freedom of Information Act |
| [x] 240 Torts to Land | 443 Housing/ Accommodations / 530 General |  | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 535 Death Penalty |  | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [x] 290 All Other Real Property |  | IMMIGRATION |  |  |
|  | 446 Amer. w/Disabilities - Other / 540 Mandamus & Other | 462 Naturalization Application |  | 950 Constitutionality of State Statutes |
|  | 448 Education / 550 Civil Rights | 465 Other Immigration Actions |  |  |
|  | 555 Prison Condition |  |  |  |
|  | 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 6907029D

Brief description of cause: Lakeshia Edmond vs Junction Crossing

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____
DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____